PEARL A. SLAGLE, Respondent, *v.* SAMUEL J. BURDEN, as Sheriff of Queens County, Appellant.

(Argued March 14, 1934; decided April 17, 1934.)

*John Caldwell Myers, Frederick W. Ritter* and *John F. Keating* for appellant.

*Reginald Field* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.